`IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kathleen Ragan, an individual, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-09208 |
| BP Products North America, Inc., a Maryland corporation; BP America, Inc., a Delaware corporation, | Honorable Marvin E. Aspen |
| Defendants. | |
| and | |
| BP Products North America Inc. and BP America Inc. | |
| Counter-Plaintiffs, | |
| v. | |
| Kathleen Ragan | |
| Counter-Defendant. | |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendants/Counter-Plaintiffs BP Products North America Inc. (incorrectly named in Plaintiff's Complaint as BP Products North America, Inc.) and BP America Inc. (incorrectly named in Plaintiff's Complaint as BP America, Inc.) state as follows:

The parent companies of BP Products North America Inc. are The Standard Oil Company, BP Company North America Inc., BP Corporation North America Inc., BP America Inc., BP America Limited, BP Holdings North America Limited, and BP p.l.c. BP p.l.c. is an

entity whose shares or share equivalents are traded on public stock exchanges. No other publicly traded entity owns more than 5% of the stock of BP Products North America Inc.

BP America Inc. is wholly-owned by a BP subsidiary which is wholly owned by BP p.l.c. No other publicly traded entity owns more than 5% of the shares of BP America Inc.

| | |
|---|---|
| **DATED: February 26, 2018** | Respectfully submitted, |
| | BP Products North America, Inc. and BP America, Inc. |
| | By: s/ Katherine Mendez |
| | One of Its Attorneys |

Katherine Mendez
kmendez@seyfarth.com
Ashley Laken
alaken@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on February 26, 2018, she caused a true and correct copy of the foregoing document to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

                                                  s/ Katherine Mendez
                                                    Katherine Mendez