**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kathleen Ragan, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) |
| | ) |
| vs. | ) Civil Action No.17-cv-09208 |
| | ) |
| BP Products North America, Inc., | ) Honorable Marvin E. Aspen |
| BP America, Inc., | ) |
| | ) |
| Defendants/Counter Plaintiffs | ) Jury Trial Demanded |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF**
**BP PRODUCTS NORTH AMERICA, INC.**

| | | |
|---|---|---|
| TO: | Katherine Mendez<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br>kmendez@seyfarth.com | Ashley Laken<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br>alaken@seyfarth.com |

PLEASE TAKE NOTICE that on **February 15, 2019 at 10:00 AM** pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff/Counter Defendant, by and through her attorneys, Segal McCambridge Singer & Mahoney, Ltd., shall take the deposition upon oral examination of the designated representative(s) of **BP Products North America, Inc.** at the office of Segal McCambridge Singer & Mahoney, Ltd., 233 South Wacker Drive, Suite 5500, Chicago, Illinois 60606. The testimony shall be recorded by stenographic means before a duly certified court reporter, a notary public, or other person authorized by law to administer oaths.

Pursuant to Rule 30(b)(6), BP Products North America, Inc. is requested to identify and make available for deposition those officers, directors, managing agents or other persons who



**Exhibit A**

consent to testify on its behalf with respect to matters known or reasonably available to it with respect to the following matters:

1. The recruitment of Kathleen Ragan to join BP Products North America, Inc.;

2. The formulation of the compensation offered to Kathleen Ragan to join BP Products North America, Inc.;

3. BP Products North America, Inc.'s Code of Conduct policies and their application;

4. BP Products North America, Inc.'s compliance policies and their application;

5. BP Products North America, Inc.'s human resource policies regarding sexual harassment and inappropriate conduct;

6. BP Products North America, Inc.'s employee handbook;

7. BP Products North America, Inc.'s IST Global Trading Guidelines and Requirement policies and their application;

8. BP Products North America, Inc.'s conflict of interest policies and their application;

9. BP Products North America, Inc.'s IST Deferred Annual Bonus Plan;

10. BP Products North America, Inc.'s Trader and Originator Bonus Plan;

11. BP Products North America, Inc.'s recorded telephone lines during Kathleen Ragan's employment;

12. BP Products North America, Inc.'s policies on recording telephone calls during Kathleen Ragan's employment;

13. How bonus pools were determined during Kathleen Ragan's employment;

14. How individual bonuses were determined during Kathleen Ragan's employment;

15. How severance offerings were determined during Kathleen Ragan's employment;

16. What constitutes a for cause termination both generally and specifically in the roles occupied by Kathleen Ragan while employed with BP Products North America, Inc.;

17. What currently constitutes, and what constituted a hard breach and soft breach of delegation of authorities during Kathleen Ragan's employment, and the resulting adverse employment repercussions associated with each;

18. The process used to take an adverse employment action against an employee including, but not limited to written and verbal warnings, and the application of BP Products North America, Inc.'s disciplinary policies during Kathleen Ragan's employment;

19. The performance of BP Products North America, Inc.'s carbon book during Kathleen Ragan's employment;

20. Bonus awards for the Global Environmental Products Group team members from 2014 through 2018;

21. Demands for the return of Kathleen Ragan's $200,000.00 sign-on payment made by BP Products North America, Inc.;

22. BP Products North America, Inc.'s investigation and recommendations resulting from the investigation into Kathleen Ragan's ownership of Clean Energy Fuels Corp. stock;

23. Kathleen Ragan's alleged breaches of delegations of authority during her employment with BP Products North America, Inc.;

24. The alleged grounds for Kathleen Ragan's termination from BP Products North America, Inc.;

25. BP Products North America, Inc.'s documents produced in response to Kathleen Ragan's discovery requests, the process used to search for responsive documents, whether any

responsive documents are missing from BP Products North America, Inc.'s production, whether any responsive documents are no longer in the possession of BP Products North America, Inc., and whether any responsive documents were previously destroyed.

Dated: January 17, 2019

Respectfully submitted,
Kathleen Ragan

By: ______________________
Attorney for Plaintiff/Counter-Defendant

Joseph L. Kish – jkish@smsm.com
Kelley S. Gordon – ksgordon@smsm.com
Segal McCambridge Singer & Mahoney Ltd.
233 South Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2019 the undersigned attorney caused the **Notice of Rule 30(b)(6) Deposition** to be served upon all counsel listed below via electronic mail to the addresses listed below.

Katherine J. Mendez – kmendez@seyfarth.com
Ashley K. Laken – alaken@seyfarth.com

Kelley S. Gordon