IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kathleen Ragan, | |
|     Plaintiff/Counter-Defendant, | Case No. 1:17-cv-09208 |
| v. | Honorable Marvin E. Aspen |
| BP Products North America, Inc. and BP America, Inc., | Magistrate Judge Jeffrey T. Gilbert |
|     Defendants/Counter-Plaintiffs. | |

**DEFENDANTS'/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants/Counter-Plaintiffs BP Products North America Inc. and BP America Inc. ("BP"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, move for summary judgment against Plaintiff Kathleen Ragan. In accordance with Local Rules 7.1 and 56.1, the specific grounds for this motion are set forth in BP's accompanying memorandum of law and statement of undisputed material facts, both filed contemporaneously with this motion. For the reasons set forth therein, BP respectfully requests that the Court grant its motion for summary judgment and dismiss Ragan's Amended Complaint in its entirety, with prejudice, and that the Court grant BP summary judgment on its counterclaim against Ragan.

**DATED: June 27, 2019**

Respectfully submitted,

BP Products North America Inc. and
BP America Inc.

By: _s/ *Katherine Mendez*_
    One of Their Attorneys

Katherine F. Mendez
kmendez@seyfarth.com
Ashley K. Laken
alaken@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 27, 2019, she caused a true and correct copy of the foregoing **DEFENDANTS'/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

                                                s/ *Katherine Mendez*
                                                 Katherine Mendez