bp america

Stephanie Curulewski
Partnerships and Trading Manager, IST
1 (312) 594-7688
stephanie.curulewski@bp.com
www.bp.com

April 23, 2015

Kathleen Ragan
2405B Brun St
Houston, Texas 77019

kathleenragan15@gmail.com

Dear Kathleen:

It is with great pleasure that we make an offer of employment to you for the Emissions Trader position, Level G, Full-Time, Exempt, at an annual salary of $165,000. As an employee of one of BP America Inc.'s subsidiaries (BP), you will be part of our Marketing & Origination (GOA) group, reporting to me at the 30 S Wacker Dr, Chicago, IL location. As a newly hired BP employee, you will be expected to remain in your Emissions Trader role for at least 2 years before posting for new roles within BP. Remaining in your role for 2 years will enable you to deepen your skills and experiences before moving on to a new role at BP. BP is a great place to work and we're excited to have you join our team!

**Sign-on Payment**

Should you accept this offer, you are eligible to receive a one-time sign-on payment of $200,000 (gross). This will be earned and paid to you on your first regular paycheck. You must be an active employee of Marketing & Origination (GOA) at the time in order to receive this payment, which is contingent upon your compliance with all federal, state and local laws, BP Policies and Code of Conduct. You agree to repay 100% of this Sign-on Payment to BP if you resign or your employment is terminated with cause (e.g. breaching or non-compliance with the company's policies, guidelines, code of conduct, or not meeting performance requirements due to misbehaviours or willful disregards of BP rules or procedures) at any time within 24 months from the commencement date of this employment. In this case, the amount of the bonus must be fully repaid in cash in gross at least one day prior to the last date of employment. Your signature on this letter indicates your consent for BP to deduct the full or any remaining unpaid amounts of the Sign-on Payment (if owed under the terms of this letter agreement) from any wages, payments, bonuses, vacation, etc., that would have otherwise been paid to you at the time of termination.

**Trader and Originator Bonus Plan**

As part of your compensation package, you are eligible to earn an annual bonus in accordance with the BP Trader and Originator Bonus Plan. You will participate in your team's incentive pool. Any bonus awarded to you will be decided following an assessment of your financial and non-financial goals. Annual bonuses are typically payable on or before March 15th following each performance year, and may be subject to bonus deferral under the IST Deferred Annual Bonus Plan and to statutory payroll deductions.

USA USA PARALYMPICS
Official Partner

EXHIBIT 4
WIT: Ragan
DATE: 12-19-18
JoAnn Losoya, CSR

This offer letter confirms that, subject to you remaining eligible to participate in the IST Trader and Originator Bonus Plan (the "Plan"), and the conditions outlined below, you will be eligible for a minimum bonus for the 2015 performance year (January 1st to December 31st 2015) in the amount of $500,000.

This potential bonus amount, which is provided at the sole discretion of BP, is strictly subject to the requirements of the Plan. Please note that the Plan is discretionary and all awards under the Plan are at the absolute discretion of BP. The Plan can be varied or withdrawn at any time, including part way through the performance year. For performance years 2016 and onwards, BP is under no obligation to make any further minimum bonus awards available to you.

The determination of any bonus you receive is linked to an assessment of your performance as measured against BP's performance and behavioral expectations. In particular and without prejudice to the rules of the Plan, you will lose your eligibility for this bonus opportunity if, in the sole discretion of BP, you:

- Fail to comply with any of BP Policies, the BP Code of Conduct, BP Trading Guidelines, and any Federal or state laws or regulations;
- Fail to achieve the deliverables outlined in your MyPlan and other relevant performance documentation (as determined in the sole discretion of BP management);
- Your performance is rated as "Below Expectations" for the 2015 performance year;
- Otherwise fail to meet BP's expectations.

BP reserves the right to make you no award or a bonus award of less than that stated above, regardless of your financial performance or that of IST or the BP Group if, in the absolute discretion of BP, you fail to meet the conditions outlined in this agreement or, where applicable or if such an award would be unlawful or incompatible with US or other governing authority law.

The IST - Front Office Bonus Plan provisions require employment of at least three months of the year to be eligible for an award. If your employment with BP begins after October 1, you will not be eligible for an award until the following plan year.

**Restricted Stock Units**

In addition to the other elements of your compensation package, you will also be granted Restricted Stock Units ("RSUs") representing BP plc American Depositary Shares ("ADSs") valued at $500,000 at the time of grant. Your grant will be issued in the quarter following your start date with BP, and will vary in amount with the price of BP's stock over time. 25% of the grant will vest 2 years after the grant date and the remaining 75% of the grant will vest 3 years after the grant date, both calculated at the then-current value of the stock. In general, in order for the RSUs to vest, you must be employed by BP on the vesting date. At that date, the RSUs (along with RSUs representing dividends on BP ADSs during the restricted period) will be converted into BP ADSs and the net amount of shares, after applicable tax withholding, will be deposited into a brokerage account established for you at Fidelity. The ultimate value of any award will hinge on the value of BP ADSs at the time of the award, and all awards are subject to the terms of the plan under which they are granted. You will receive a Welcome Kit from Fidelity which provides instructions on how to activate and access your account, and will include a link to the plan prospectus, which you should read in its entirety.

**BP Core Benefit Programs**

To learn about your BP benefits and to access new hire resources, go to the new hire tab on LifeBenefits (bp.com/Lifebenefits). You can also view a summary of your BP total rewards package in your personalized "My Total Reward Statement". Please note that your benefits eligibility may vary based on employment status and other factors.

For medical coverage, you will automatically be enrolled in the Health+Savings Option at the "You only" coverage level. If you would like to change your medical plan option or coverage level, you have 30 days

from your date of hire to take action.

BP's savings plans also have an auto-enrollment feature where a specified percentage of your eligible pay will be withheld from your paycheck and contributed to your savings plan account, unless you affirmatively choose not to make this contribution (you can also modify this amount at any time).

The annual IRS 402(g) limit (which limits before-tax, Roth 401(k) and catch up contributions) is employer independent and applies to all 401(k) plans in which you have contributed during the calendar year. If you have already met this limit for the year prior to your employment with BP, you would still be eligible to contribute on an after tax basis for the remainder of the year without losing BP's company matching opportunities. For more information once you begin employment, contact BP Retirement Services at Fidelity at 1-877-272-3334.

## Vacation Benefits

As a new employee, you are eligible for two weeks/80 hours of paid vacation benefits after meeting the required eligibility period.

Because of your prior work experience, you are being granted two additional week(s) of paid vacation benefits, for a total of four weeks /160 hours, after meeting the required eligibility period.

To provide some vacation benefits during your year of hire, when you complete six months of credited service, which must occur prior to entering into a new calendar year, you will earn and be eligible to use 50% of your total regular vacation benefits during the remaining calendar year. (If the completion of the six months of credited service will occur at any time during the month of December, you will be allowed to use these vacation benefits beginning on December 1 of the current calendar year.) Effective January 1 of the following year, and each subsequent January 1, you will be eligible to use your regular vacation benefits. All vacation scheduling is subject to supervisory approval.

An employee who works an alternative schedule, such as a 9/80 compressed work week or a 4/12 work schedule, may have benefits that differ but are comparable. Please refer to the applicable Vacation Policy on your first day of employment; we can discuss your vacation benefits in detail at that time. Should your work location change during your employment with BP, your vacation will change in accordance with our policy at the new work location.

## Relocation

Because this offer requires that you relocate, please refer to the "Policies and Programs" tab on BP's LifeBenefits website for a full explanation of the BP Domestic Relocation Policy (www.bp.com/lifebenefits). Under the Domestic Relocation menu selection, click on the Transferred Exempt and Experienced New Hire Policy to view the appropriate relocation policy. It is very important that you do not incur any expenses or begin working with a real-estate agent without prior approval from your Weichert Relocation Resources Inc (WRRI) consultant. All moving expenses will be paid via BP payroll so it will be necessary that you are activated on the payroll system before receiving any allowances or reimbursements.

## Terms of Employment

Including your representation that you are not bound by contractual notice or non-competition/non-solicitation agreements with your current employer, your employment offer and your employment with BP is contingent upon:

- Verification of the information and qualifications you provided during our selection process. You will receive an e-mail notification from Verifications Inc, our Background Investigation vendor,

providing you with a link to submit your consent to a background verification of the information and qualifications which you provided during our selection process.

- Submitting to and successfully completing a physical (where required) and a pre-placement drug screening. The drug screen requires a hair test for which BP must be able to obtain a sufficient hair sample for analysis (~4 cm/1 ½" scalp, or > 2 cm/¾" body – arms & armpits/legs/chest).

- In compliance with the Immigration and Reform Control Act of 1986, employers are required to complete I-9 Employment Verification Forms to verify the right to work of all employees in the United States. The I-9 Verification process must be completed within 3 days of the first day of hire. Please refer to the enclosed list of acceptable documents that must be provided during the I-9 employment verification process. Your employment is contingent upon proper completion of the I-9 verification process so please review the list carefully to ensure you can meet the documentation requirement. If you require work visa sponsorship, please note that employment is contingent upon your receipt of approval for the appropriate work visa or work authorization sponsored by BP. For individuals requiring work visa sponsorship or with limited work permission documents, please note that employment in the United States is also limited to the duration of the work permission documents presented at the I-9 verification process.

- You may be asked to complete or participate in an annual "Business Conduct Certification" process regarding potential conflicts of interest. As such, you should review BP's Conflict of Interest policy, which is part of your offer. If you have relationships or outside interests that you believe may represent a conflict of interest, please contact me immediately. Additionally, if you were ever employed by the federal government in any capacity involving procurement, please notify me immediately.

- You will be required to sign the IST Employment Terms addendum, indicating your acceptance of these additional terms and conditions of your employment while part of the IST Oil Americas organization.

While we anticipate only a favorable outcome from the pre-employment screenings/assessments, we reiterate the Company's offer is conditioned on favorable reports. Accordingly, we suggest you not take action regarding current employment or any other employment opportunities you may be evaluating or exploring until such time as we give you notice that all pre-employment procedures have been completed and satisfactory results have been reported.

Contingent on your successful completion of the pre-placement screening, your hire date will be determined and you will become an at-will employee of BP which means that you can end this employment relationship at any time and for any reason with or without notice. Similarly, BP can end your employment relationship at any time and for any reason with or without notice. Nothing in this letter is intended to create a contract of employment, guarantee employment for a specified duration or otherwise change the at-will nature of your employment.

**This offer will expire at midnight, Central time on April 27, 2015.**

We draw your particular attention to our Values and Behaviors. We have put in place strong foundations to make BP a safer, more trusted and more valuable company. One of these foundations is the Group values and behaviors. We have five values that express our shared understanding of what we believe, how we intend to behave and what we aspire to be as an organization. These are the values we want to live everywhere, and every day; our values are about working safely, showing respect and courage, pursuing excellence and being one team.

These five values underpin BP's Code of Conduct. The Code of Conduct is the centerpiece of BP's Group-wide ethics and compliance program. It is designed to promote a positive, ethical work environment, and upholding the code is obligatory for all employees of BP.

**Additional Information**

BP is concerned about protecting your personal data and privacy. BP has adopted global privacy policies, in addition to complying with all existing Federal, State and local privacy laws. BP's Fair Processing statement will be provided in your Welcome Letter after you are cleared for hire.

All policies and plans referenced in this offer letter are subject to the terms and conditions of the applicable written policy or plan. Consistent with applicable law and the terms of the written policy or plan, BP reserves the right to modify or discontinue any policies or plans at its discretion.

If you previously performed services for BP or a predecessor company (e.g., Amoco, BP America, ARCO, Vastar or Castrol) while you were employed as an employee of a leasing organization (such as Kelly Services, Clover, Zero Chaos, NANA, etc.), you may be eligible to receive vesting service credit under your BP retirement and savings plans. If you believe that you qualify for this service credit, please contact Human Resources. You may be required to provide documentation that substantiates the dates you performed services for BP.

As part of your offer you will also find the BP Information and Invention Agreement. Please read through this prior to your start date and be prepared to sign this on your first day of employment.

I hope you will give our offer favorable consideration. Please respond by April 28, 2015 with your decision via completing the online acceptance form below. Additionally, download, print, sign and fax all pages of your Offer Letter to us at 1-847-554-1651.
Please phone me at 1 (312) 594-7688 with your decision as soon as possible. Remember, if you need details about BP Benefit plans, please review the available information at http://hr.bpglobal.com/LifeBenefits/Sites/core/BP-Life-benefits/New-Hires.aspx. If you have any further questions or concerns, please contact Beth Cook at +1 312-594-7442.

We look forward to having you join BP!

Sincerely,

*Stephanie Curulewski*

Stephanie Curulewski
Partnerships and Trading Manager, IST

cc: Trenishia Phillips, Resourcing Coordinator

Kathleen Ragan
NAME (PRINT)

4/27/15
OFFER ACCEPTED DATE

NAME (PRINT)

OFFER DECLINED DATE

Kathleen Ragan
SIGNATURE: Kathleen Ragan

| IST Global Oil, Americas<br>Employment Terms<br>One Month Garden Leave<br>Version: February 2012 |
|---|
| **Name: Kathleen Ragan**<br>**Role: Emissions Trader**<br>**Manager: Stephanie Curulewski**<br>**Date: April 23, 2015** |

**1. Employment Terms**

### 1.1. Confidential Information

You acknowledge that IST Global Oil, Americas operates through BP Products North America Inc. and other legal entities (collectively "BPPNA"), and that BPPNA has joint books, service level agreements, confidentiality agreement, development agreements or other arrangements under which you may be exposed to confidential information of both BPPNA and many of its affiliates. In your position with BPPNA you will have access to "BP Confidential Information." "BP Confidential Information" means confidential and/or proprietary information and/or trade secrets of: (i) BPPNA and its affiliates (collectively "BP" or "Company"), including without limitation BP West Coast Products LLC, BP Oil International Ltd., BP Corporation North America Inc. , BP Canada Energy Trading Company, BP Energy Company, BP Singapore Pte. Limited, and BP Canada Energy Company; and (ii) of customers or counterparties of BP which has been held by BP under obligation of confidentiality, including but not limited to information about its and their strategies, trading philosophy, pricing and margins, customers, employees and the industry not generally known to the public or not generally known to the public in the form in which they are maintained. You agree that you will not, at any time during or after your employment with the Company, make any unauthorized disclosure of any BP Confidential Information or use or seek to use BP Confidential Information for any purpose not connected with BP's legitimate business interest. You agree to return any and all Confidential Information to BPPNA within three (3) business days of your termination of employment, or sooner if requested by BPPNA. This agreement is supplemental to any prior undertaking of confidentiality to which you have agreed as part of your employment with BPPNA.

### 1.2. Non-Solicitation of Employees

During your employment and for a period of 12 months following your termination of employment you will not directly or indirectly call on, solicit, encourage or induce any employee of IST, including IST Global Oil, Americas, with whom you had contact, learned of, or worked or associated with in the course of your employment with BPPNA, to terminate employment from BP, and you will not assist any other parties or entities in such activities.

### 1.3. Non-Solicitation of Customers

You agree that during your employment and for a period of 3 months following termination of your employment, you will not, directly or indirectly (i) call on, solicit, encourage or induce any person or entity that is a customer of BP with whom you had contact during your employment with BPPNA to enter into any contract with or otherwise patronize any business, directly or indirectly, who or which is in competition with BP; (ii) canvass, solicit, or accept competitive business from any person or entity who is a customer of BP for the benefit of an entity who is in competition with BP; or (iii) request, advise, assist, or encourage any person or entity who or which is a customer, vendor, or lessor of BP to limit, reduce, withdraw, curtail, or cancel any such customer's, vendor's, or lessor's business with BP. Nothing in this Paragraph 1.3 prohibits you from working with customers at a new employer if those customers already had established relationships and business with your new employer before your termination from BPPNA or before you began your Garden Leave and you have otherwise complied with your obligations in this Paragraph 1.3.

### 1.4. Termination and Garden Leave

Your position with the Company is an important one, and the stable performance of the duties performed by you is important to BPPNA. As such, the Company agrees to give you one month notice if your employment will be terminated, and you agree to give the Company one month notice should you decide to terminate your employment with BPPNA ("Notice Period"). However, BPPNA may terminate you without notice if you engage in conduct that is determined by the Company to be a serious breach of duties and/or obligations, gross misconduct, and/or violations of the BP Code of Conduct. Unless terminated by the Company earlier, your employment with BPPNA will end the last day of the Notice Period. During the Notice Period, BPPNA may require you to continue performing your duties or may relieve you of those duties and place you on paid leave through your termination date ("Garden Leave"). During Garden Leave, you will remain employed by BPPNA and receive your base salary and benefits; however, you will not accrue or earn bonus monies. During this Garden Leave, your duty of loyalty to BP remains intact, meaning you cannot directly or indirectly, actively engage or prepare to engage in the business of buying, selling, trading or structuring or executing transactions in commodities, assets or products in which BP is currently doing business or has plans to engage in business or has engaged in business, including but not limited to crude oil, refined petroleum products, synthetic crude oil, ethanol, methanol, biodiesel or other biofuels, paraxylene, benzene, toluene, aromatics, natural gas, natural gas liquids, power, emissions or renewable credits or allowances, currencies and other energy commodity trading, or swaps, options or derivatives relating to any such commodity.

**1.5. At-will Employment**

This acknowledgement does not alter or limit the at-will nature of your employment relationship with BPPNA. Both you and BPPNA have the right to discontinue the employment relationship at any time, with or without cause.

**1.6. Cooperation**

In the event that your employment with BPPNA ends for any reason, you agree to make yourself reasonably available to BP to answer questions and respond to requests by BP for information concerning matters involving facts or events that arose during the period of your employment with BPPNA. In addition, you agree to assist and cooperate with BP as reasonably requested with respect to any pending and/or future inquiries, challenges, charges or other proceedings by governmental authorities, or other actions, litigations, arbitrations or disputes or dispute resolutions ("Actions") concerning matters involving facts or events that arose during the period of your employment with BPPNA (including but not limited to testifying, and/or otherwise providing written or oral responses, depositions or other evidence) at or in connection with any pending and/or future Actions. BP shall advance to you your reasonable legal fees and associated costs in connection with your assistance and cooperation in connection with any pending and/or future Actions pursuant to your right of indemnification under the applicable By-laws of BP, subject to your undertaking to repay to BP any amounts so advanced in the event it is later determined that such amounts should not have been advanced to you by virtue of your commission of acts constituting fraud, misappropriation of corporate funds or property, or your engaging in unlawful activities. Nothing in this Agreement is intended to: (a) limit your ability to respond to inquiries from, or otherwise cooperate with, any governmental or regulatory investigation concerning facts or events that arose during the period of your employment with BPPNA; or (b) create any obligation on your part to inform the Company about the fact or substance of any communications you may have with any governmental authorities in connection with any pending and/or future Actions.

**The obligations identified in this document are in consideration for your continued employment with BPPNA, your receipt of BPPNA's confidential and proprietary information, your base salary, and your eligibility to participate in the discretionary bonus plan. You agree that in the event of a breach or threatened breach by you of these0 provisions, BPPNA will suffer irreparable harm, and monetary damages may not be an adequate remedy. Therefore, if any breach occurs, or is threatened, in addition to all other remedies available to BPPNA, at law or in equity, BPPNA shall be entitled as a matter of right to specific performance of the covenants contained herein by way of temporary or permanent injunctive relief and for reasonable attorney's fees and costs if it**

**prevails in whole or in part on any enforcement action, in addition to all other remedies available to BPPNA at law or in equity. You agree that these matters shall be governed by Illinois law, that you are subject to the personal jurisdiction of Illinois courts, and that any dispute shall be resolved by a court in Cook County, Illinois.**

I have read, understand and agree to the terms of this agreement detailed above:

Kathleen Ragan
Kathleen Ragan

4/27/15
Date

**RELOCATION REPAYMENT AND DEDUCTION AUTHORIZATION AGREEMENT**

In accepting financial assistance from BP to relocate to 30 S Wacker Dr, Chicago, IL , Illinois, I affirm that it is my intention to remain with BP for a reasonable period after the move. Accordingly, I acknowledge and agree that:

1. I understand that the relocation benefits which have been and/or are extended by BP to me are conditional upon my employment with BP for a minimum of one (1) year from my work start date in 30 S Wacker Dr, Chicago, IL , Illinois.
2. I understand that in the event that I voluntarily terminate my employment within this one year period from my work start date, I hereby promise to reimburse BP the financial assistance, as detailed below, distributed to me or on my behalf for my relocation within 30 days after I have terminated my employment.
3. I hereby authorize BP to deduct all or part of any relocation costs owed to BP because of my voluntary termination of employment from my wages, salary, vacation pay, bonus pay, or any other funds to which I am entitled to the extent allowed by applicable law.
4. I understand and agree to reimburse BP any and all costs incurred in enforcing this Relocation Repayment and Deduction Authorization Agreement, including attorney's fees and court costs.
5. I understand that all relocation benefits extended me by BP are gratuitous; and neither the extension of relocation benefits nor this agreement shall be construed to obligate BP to retain me in its employ for any specified period of time. BP may, at any time, terminate the employment relationship with or without cause and with or without notice.
6. I have carefully reviewed this Relocation Repayment and Deduction Authorization Agreement and, with a full and complete understanding of its terms, voluntarily accept all of its terms and conditions. I have been given a full and fair opportunity to discuss this matter with my attorney or advisor of my choice.
7. I understand that this Relocation Repayment and Deduction Authorization Agreement is legally binding upon me.

The following allowances and/or payments expenses are included in the financial assistance I understand and agree to reimburse BP:

- Cost of living allowance, if applicable
- Lump Sum Payment
- Loss on sale assistance, if applicable
- Miscellaneous expense allowance

NAME (Please Print): Kathleen Ragan
Kathleen Ragan
SIGNATURE: Kathleen Ragan
DATE: 4/27/18

**NOTE:** Relocation assistance cannot be initiated until this signed document is received. Please be sure that you understand and accept the terms of this agreement by providing your electronic acceptance with your offer acceptance on your candidate web portal. Additionally, return this signed document to the BP HR and Benefits Center as soon as possible via FAX: 1-847-554-1651

[46d7c6a0-8d5d-46c0-a52f-f1a07664dc6e]