IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHLEEN RAGAN, an individual,

Plaintiff Counter-Defendant.

vs

No. 1:17-CV-09208

BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; BP AMERICA, INC., a Delaware corporation,

Defendants Counter-Plaintiffs

The videotaped deposition of
KATHLEEN RAGAN

called for examination pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions taken before JO ANN LOSOYA, Certified Shorthand Reporter within and for the County of Cook and State of Illinois at 233 S Wacker Drive, Chicago, Illinois, on December 19, 2018 at the hour of 9:00 o'clock a.m.

given your knowledge of the environmental products market, that not progressing in key relationships was highly concerning or concerning?

A. I'm trying to remember. I don't recall them saying given my knowledge, but that their view of me not progressing on relationships was concerning, yes.

Q. Did they tell you that your failure to meet the expectations for the originator role was unacceptable?

A. I don't recall them specifically saying for the origination role.

Q. Okay. Did they tell you that your performance was unacceptable?

A. I believe so, yes.

Q. And then they put you on a garden leave, right?

A. Yes.

Q. From December 14 to March 16?

A. Correct.

Q. Now, let me backup. During that termination meeting with you and Mr. Barry and Ms. Gomez, they explained to you that any of your outstanding equity that had not vested would not be

BY THE WITNESS:
A. That is what I was told by Dan Barry.
Q. I'm not asking you what you were told. I'm asking you what you understood.
A. That's what I understood.
Q. Okay. And to date, you have not repaid any of the $200,000 sign-on bonus, right?
A. That is correct.
Q. Okay. Did you talk to anybody about your obligation to pay back the $200,000?
A. No.
Q. Why did you think you were not obligated to pay it back?
A. Because at the time of my exit interview, I was not -- my termination interview, this was not discussed.
Q. Did you ask?
A. I don't recall.
Q. It wasn't brought up at all, right?
A. Correct. It wasn't brought up.
Q. What damages are you seeking in this lawsuit?
A. The damages would be my remaining portion of the $85,000 and the current stock value of that,