IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN RAGAN, Plaintiff/Counter Defendant, | ) |
| vs. | ) Case No. 17-cv-09208 |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., Defendants. | ) |

The deposition of JAMES BORDIGNON, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before WENDY A. KILLEN, CSR Number 84-003772, a Certified Shorthand Reporter in the State of Illinois, at 233 South Wacker Drive, Suite 5500, Chicago, Illinois, on February 13, 2019, at the hour of 10:26 a.m.

Q. Are you aware as to whether Kathleen actually did trade those stocks that are listed in her December 12, 2016 e-mail?

A. If she did, she didn't let us know.

(Whereupon, Deposition Exhibit No. 204 was marked for identification.)

BY MS. GORDON:

Q. Here's Exhibit 204. It's a lengthy document, but I will specifically be asking you in respect to Interrogatory Number 17, if you would like a moment to review that.

A. Okay.

Q. Do you recognize this portion of this document?

A. Yes.

Q. So Interrogatory Number 17 states, Describe all demands you made for repayment of the $200,000 sign-on payment before this lawsuit was initiated and identify all documents evidencing such demands.

Do you see that?

A. I do.

Q. And the answer identifies BPPNA states

that it made demand for repayment via the offer letter language stating "You agree to repay 100 percent of the sign-on payment to BP if you resign or your employment is terminated with cause, e.g. breaching or non-compliance with the company's policies, guidelines, code of conduct, or not meeting performance requirements due to misbehaviors or willful disregards of BP rules or procedures, at any time within 24 months from the commencement date of this employment," and also in its July 26, 2017 confidential letter to Ragan in response to correspondence that her attorney sent on her behalf before this lawsuit was filed.

Do you see that?

A. Yes.

Q. Are you aware of any other instances where BP made a demand for repayment of Kathleen Ragan's sign-on payment before this lawsuit was initiated?

A. I'm not aware of any.

MS. MENDEZ: Object to the form of that question.

BY MS. GORDON:

Q. At the beginning of your deposition today, you mentioned that you reviewed the transcript of