**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kathleen Ragan, an individual.<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>BP Products North America, Inc.,<br>a Maryland corporation;<br>BP America, Inc.,<br>a Delaware corporation;<br><br>Defendants/Counterplaintiffs. | ) | **Case No. 1:17-cv-09208**<br><br>Judge: Honorable Marvin E. Aspen<br><br>Jury Trial Demanded |

**DECLARATION OF KATHLEEN RAGAN**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and could competently testify to them if called to do so.

2. On April 23, 2015, BP America Inc. sent me a written offer of employment, which I accepted on April 27, 2015.

3. I started my employment with BP Products America Inc. in June 2015.

4. My employment was terminated on December 14, 2016, and I was placed on Garden Leave from December 14, 2016, to March 16, 2017.

5. I continued to receive my regular paychecks during my three months of Garden Leave.

6. I was paid out my remaining vacation time at the time of my termination, totaling 64 hours. Attached as Exhibit A is a screenshot of my checking account showing a deposit from BP LLC Direct Dep on March 15, 2017, for my regular paycheck and for my vacation time payout.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:
Kathleen Ragan
60DCE52053E3431...

Kathleen Ragan

6/27/2019

Date

| | | |
|---|---|---|
| Deposit from BP LLC DIRECT DEP | 03/15/2017 | $9,443.91 |