Message

| | |
|---|---|
| **From**: | Cook, Beth [/O=MSXBP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BETH.COOK] |
| **Sent**: | 12/15/2016 10:45:17 PM |
| **To**: | Lopez, Teresa L [/O=MSXBP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Teresa.Lopez]; Barry, Daniel [/O=MSXBP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Daniel.Barry]; Scott, Zachary [/O=MSXBP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Zachary.Scott] |
| **Subject**: | RE: Vacation question |

Good catch, missed that, thanks. So are we good with paying her out 64 hours?

---

**From:** Lopez, Teresa L
**Sent:** Thursday, December 15, 2016 4:28 PM
**To:** Cook, Beth; Barry, Daniel; Scott, Zachary
**Subject:** RE: Vacation question

Jim only found 1H emails around working from Houston, nothing vacation based.

I think that it's actually 160-96 because of the July 4th holiday

*Teresa Lopez*
***Global Environmental Products Trading Manager, GOA***

teresa.lopez@bp.com
*O: 312.594.7826*
*M: 708.670.5928*

This e-mail may contain confidential or proprietary information belonging to the BP group and is intended only for the use of the recipients named above. If you are not the intended recipient, please immediately notify the sender and either delete this e-mail or return to the sender immediately. You may not review, copy, or distribute this e-mail. Within the bounds of law, this part of BP retains all e-mails and IMs and may monitor them to ensure compliance with BP's internal policies and for other legitimate business purposes. **In addition, BP records and monitors the telephone calls of its traders, book leaders and trading managers. You are on notice that the BP telephone for the person sending this email is recorded and calls may be monitored.**

---

**From:** Cook, Beth
**Sent:** Thursday, December 15, 2016 1:54 PM
**To:** Lopez, Teresa L; Barry, Daniel; Scott, Zachary
**Subject:** RE: Vacation question

So with what we have I'm going to pay her out for 56 hours. (160-104).

Is everyone good with that? Did we hear back from Jim B with first half of the year?

---

**From:** Lopez, Teresa L
**Sent:** Thursday, December 15, 2016 8:06 AM
**To:** Barry, Daniel; Cook, Beth; Scott, Zachary
**Subject:** RE: Vacation question

Jim B thinks he has some from 1H, so he is going to take a look

*Teresa Lopez*
***Global Environmental Products Trading Manager, GOA***

*teresa.lopez@bp.com*
*O: 312.594.7826*
*M: 708.670.5928*

This e-mail may contain confidential or proprietary information belonging to the BP group and is intended only for the use of the recipients named above. If you are not the intended recipient, please immediately notify the sender and either delete this e-mail or return to the sender immediately. You may not review, copy, or distribute this e-mail. Within the bounds of law, this part of BP retains all e-mails and IMs and may monitor them to ensure compliance with BP's internal policies and for other legitimate business purposes. **In addition, BP records and monitors the telephone calls of its traders, book leaders and trading managers. You are on notice that the BP telephone for the person sending this email is recorded and calls may be monitored.**

---

**From:** Barry, Daniel
**Sent:** Thursday, December 15, 2016 3:19 AM
**To:** Lopez, Teresa L; Cook, Beth; Scott, Zachary
**Subject:** RE: Vacation question

Sorry I don't have track.

---

**From:** Lopez, Teresa L
**Sent:** 15 December 2016 02:52
**To:** Cook, Beth; Scott, Zachary; Barry, Daniel
**Subject:** RE: Vacation question

I've found documentation for:

7/1-7/10 – Vacation (5)
7/11-7/15 – Block leave (5)
11/4 & 11/7 – Vacation (2)

From memory, this may have been all she had in 2nd half, but I assume she took some first half as well so perhaps Dan (or maybe Stephanie or Jim Bordignon) has Out of Office emails from 1st half. Thanks.




*Teresa Lopez*
*Global Environmental Products Trading Manager, GOA*

*teresa.lopez@bp.com*
*O: 312.594.7826*
*M: 708.670.5928*

This e-mail may contain confidential or proprietary information belonging to the BP group and is intended only for the use of the recipients named above. If you are not the intended recipient, please immediately notify the sender and either delete this e-mail or return to the sender immediately. You may not review, copy, or distribute this e-mail. Within the bounds of law, this part of BP retains all e-mails and IMs and may monitor them to ensure compliance with BP's internal policies and for other legitimate business purposes. **In addition, BP records and monitors the telephone calls of its traders, book leaders and trading managers. You are on notice that the BP telephone for the person sending this email is recorded and calls may be monitored.**

---

**From:** Cook, Beth
**Sent:** Wednesday, December 14, 2016 7:34 PM
**To:** Scott, Zachary; Barry, Daniel; Lopez, Teresa L
**Subject:** RE: Vacation question

If you guys can try and confirm what she's used that would be great. I can then deduct from the 160 accrual that will be paid out upon separation.

Thanks!

---

**From:** Scott, Zachary
**Sent:** Wednesday, December 14, 2016 6:32 PM
**To:** Cook, Beth; Barry, Daniel; Lopez, Teresa L
**Subject:** RE: Vacation question

That's definitely not accurate. Just before she joined my team she spent 1.5 weeks in Croatia. Not sure how we are going to recreate all that though.

**From:** Cook, Beth
**Sent:** Wednesday, December 14, 2016 5:21 PM
**To:** Barry, Daniel; Scott, Zachary; Lopez, Teresa L
**Subject:** Vacation question
**Importance:** High

All –

Can you please let me know how much vacation Kathleen has left? The system still has her as having 160 hours which is her full allotment.

Thanks –

Beth

**Beth A. Cook**
Head of HR, Global Oil Americas
IST Global Oil - Americas
Office: 312-594-7442
Cell: 773-354-2971
Beth.Cook@bp.com